IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POLYTEK DEVELOPMENT CORP., | : | |
|     Plaintiff | : | |
| | : | 19-cv-5943-JMY |
| v. | : | |
| | : | |
| 'DOC' JOHNSON ENTERPRISES, | : | |
|     Defendant. | : | |

**ORDER**

**AND NOW**, this  31st  day of March, 2021, upon consideration of Defendant's Motion to Dismiss for Improper Venue and/or Forum *Non Conveniens* or, In the Alternative, for Transfer to the Central District of California Pursuant to 28 U.S.C. § 1404(a) ("Motion," ECF No. 13), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

IT IS SO ORDERED.

                                                          **BY THE COURT:**


                                                      /s/ John Milton Younge
                                                     **JUDGE JOHN MILTON YOUNGE**